**Order entered September 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00758-CV

**EQUINE HOLDINGS, LLC, Appellant**

**V.**

**MICHAEL JACOBY, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18005**

## ORDER

Before the Court is appellant's September 18, 2019 unopposed motion for an extension of

time to file a reply brief.  We **GRANT** the motion and extend the time to **September 30, 2019**.


/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE